UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KING, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 07-73 |
| | * | |
| STATE FARM INSURANCE, ET AL. | * | SECTION "L"(5) |

# ORDER

Before the Court is Defendant Casa Grande Condominium Association, Inc.'s ("Casa Grande") Motion for a New Trial Pursuant to Federal Rule of Civil Procedure 59(a)(1)(B) (Rec. Doc. No. 109). Alternatively, Casa Grande requests this Court "alter or amend" its Findings of Fact and Conclusions of Law entered on October 5, 2009, and its Judgment dated October 6, 2009, under Rule 59(e). The Court has thoroughly reviewed the parties submitted memoranda and the applicable law and is now ready to rule.

The decision to grant a motion under Rule 59 rests within the discretion of the district court. *See Edward H. Bohlin Co., Inc. v. Banning Co., Inc.,* 6 F.3d 350, 355 (5th Cir.1993). Modifying or setting aside a judgment under Rule 59 is an extraordinary remedy; motions for new trial or to alter or amend a judgment should not be avenues for relitigating old matters, raising new arguments, or submitting evidence that could have been presented before. *See Theriot v. Parish of Jefferson,* 66 F.Supp. 1435, 1452 (E.D.La.1997); *Campbell v. St. Tammany Parish School Board,* No. 98-2605, 1999 WL 777720, at *1 (E.D.La. Sept. 29, 1999).

In this case, the Court finds that Casa Grande has not demonstrated errors of law or fact,

1

newly discovered or previously unavailable evidence, any manifest injustice or an intervening change in controlling law that require this Court to reconsider its Judgment.

Therefore, Casa Grande's Motion for New Trial (Rec. Doc. No. 109) is hereby DENIED.

New Orleans, Louisiana this 28th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE